**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**ERIC JAVIER BURGOS MENDEZ**,

*Petitioner*,

v.

**LUIS SOTO**, ***et al.***,

*Respondents*.

No. 26-cv-11678

**ORDER**

The Court is in receipt of the Amended Petition for Writ of Habeas Corpus, (ECF No. 5), in which Petitioner alleges that they are being unlawfully detained without a bond hearing. **IT IS ORDERED** that, if Petitioner was initially detained pursuant to 8 U.S.C. § 1225(b)(2), their detention is unlawful under *Buele Morocho v. Warden Phila. FDC*, No. 26-1150, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), and Respondents shall immediately release Petitioner from custody under the same conditions that existed before their current detention, return all property to them, and promptly file a letter on the docket so confirming; and it is further

**ORDERED** that, if Petitioner is not released, Respondents shall, within three (3) calendar days of this Order, file a letter on the docket addressing whether Petitioner: (1) has a criminal history warranting mandatory detention under 8 U.S.C. § 1226(c); (2) is subject to a final order of removal; or (3) was initially detained pursuant to 8 U.S.C. § 1226(a) and afforded a bond hearing. Respondents are further reminded that the Court will not accept a "post hoc justification[] for detention." *Arias Gudino v. Lowe*, 785 F. Supp. 3d 27, 46 n.8 (M.D. Pa. 2025); *cf. Marshall v. Lansing*, 839 F.2d 933, 943-44 (3d Cir. 1988) ("A court must review the agency's actual on-the-record reasoning process... not a post hoc rationalization, or agency counsel's in-court reasoning.").

Accordingly, if Respondents contend that § 1226(a) supplied the authority for Petitioner's detention from the outset, they must provide competent proof establishing that fact; and it is finally

**ORDERED** that the Clerk of the Court shall forward a copy of the Amended Petition, (ECF No. 5), and this Order to the United States Attorney's Office at the following email address: USANJ-HabeasCases@usdoj.gov

Christine P. O'Hearn

**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: September 16, 2026